CAUSE NO. D-1-GN-15-000680

| | | |
|---|---|---|
| SOUTH AUSTIN PHARMACY, LLC § | | IN THE DISTRICT COURT OF |
| *Plaintiff,* § | | |
| § | | |
| v. § | | TRAVIS COUNTY, TEXAS |
| § | | |
| PHARMACISTS MUTUAL § | | |
| INSURANCE COMPANY § | | 53rd JUDICIAL DISTRICT |
| *Defendant.* § | | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PHARMACISTS MUTUAL INSURANCE COMPANY, Defendant herein, and files this Answer to Plaintiff's Original Petition and in support thereof, would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies all the allegations contained in Plaintiff's Original Petition and demands that Plaintiff prove its damages and allegations against Defendant by a preponderance of the credible evidence in accordance with the laws and Constitution of the State of Texas.

### II.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that, upon a final hearing and trial, it have judgment on its behalf dismissing all of Plaintiff's claims and causes of action with prejudice, and that Defendant has such other and further relief, both general and special, at law or in equity, to which it may be justly entitled.


EXHIBIT B

Respectfully submitted,

BROWN SIMS

By: _____

Todd Vance
Texas Bar No. 24059077
tvance@brownsims.com
1177 West Loop South, 10th Floor
Houston, Texas 77027-9007
(713) 629-1580 (Telephone)
(713) 629-5027 (Facsimile)

**COUNSEL FOR PHARMACISTS
MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2015 a true and correct copy of the foregoing instrument has been served on the following party in accordance with the Texas Rules of Civil Procedure.

**Via Facsimile 713-583-8715**
**and Certified U.S. Mail RRR**
George Edwards III
Edwards Law Firm, PLLC
3401 Allen Parkway, Ste. 101
*Counsel for Plaintiff*

**Via Facsimile 713-338-3410**
**And Via Certified U.S. Mail RRR**
Murtaza F. Sutarwalla
Sutarwalla PLLC
16225 Park Ten Place
Suite No. 500
Houston, Texas 77084
*Counsel for Plaintiff*

_____
Todd Vance