# CITATION
## THE STATE OF TEXAS
### CAUSE NO. D-1-GN-15-000680

SOUTH AUSTIN PHARMACY, LLC

, Plaintiff

vs.

PHARMACISTS MUTUAL INSURANCE COMPANY

, Defendant

TO: PHARMACISTS MUTUAL INSURANCE COMPANY
BY SERVING ITS ATTONREY FOR SERVICE JAY A. THOMPSON
701 BRAZOS STREET, SUITE 1500
AUSTIN, TEXAS 78701

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Attached is a copy of the PLAINTIFF'S ORIGINAL PETITION of the PLAINTIFF in the above styled and numbered cause, which was filed on FEBRUARY 20, 2015 in the 53RD JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, February 26, 2015.

REQUESTED BY:
GEORGE EDWARDS
3401 ALLEN PARKWAY, STE 101
HOUSTON, TX 77019
BUSINESS PHONE: (713) 284-1632  FAX: (713) 583-8715

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: PATSY YBARRA

---

## RETURN

Came to hand on the **10th** day of **March**, **2015** at **12:30** o'clock **P** M., and executed at _____ within the County of _____ on the ___ day of _____, _____, at _____ o'clock ___ M., by delivering to the within named _____, each in person, a true copy of this citation together with the PLAINTIFF'S ORIGINAL PETITION accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

By: _____

___ day of _____, _____.

Printed Name of Server

_____ County, Texas

Notary Public, THE STATE OF TEXAS

D-1-GN-15-000680          SERVICE FEE NOT PAID          P01 - 000027729

☐ Original     ☐ Service Copy

DELIVERED:
ON: 3/10/15
BY: _____ SCH 735
@: ___ am pm

**EXHIBIT D**