IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOUTH AUSTIN PHARMACY, LLC §<br>   *Plaintiff,* §<br> §<br>v. §<br> §<br>PHARMACISTS MUTUAL §<br>INSURANCE COMPANY §<br>   *Defendant.* § | Civil Action No. _____ |

---

### LIST OF COUNSEL OF RECORD

---

Tarush Anand
Texas Bar No. 24055103
tanand@brownsims.com
1177 West Loop South, 10th Floor
Houston, Texas 77027-9007
(713) 629-1580 (Telephone)
(713) 629-5027 (Facsimile)

**COUNSEL FOR PHARMACISTS
MUTUAL INSURANCE COMPANY**

George Edwards III
Edwards Law Firm, PLLC
3401 Allen Parkway, Ste. 101
(713) 284-1632
(713) 583-8715 (fax)

*Counsel for Plaintiff*

Murtaza F. Sutarwalla
Sutarwalla PLLC
16225 Park Ten Place
Suite No. 500
Houston, Texas 77084
(713) 338-3444
(713) 338-3410 (fax)

*Counsel for Plaintiff*



## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2015 a true and correct copy of the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure.

**Via Certified U.S. Mail RRR**
George Edwards III
Edwars Law Firm, PLLC
3401 Allen Parkway, Ste. 101
(713) 284-1632
(713) 583-8715 (fax)

*Counsel for Plaintiff*

**Via Certified U.S. Mail RRR**
Murtaza F. Sutarwalla
Sutarwalla PLLC
16225 Park Ten Place
Suite No. 500
Houston, Texas 77084
(713) 338-3444
(713) 338-3410 (fax)

*Counsel for Plaintiff*

_____
Tarush Anand