RECEIVED
JAN 30 2017
CLERK, U.S. [DISTRICT COURT]
WESTERN DI[STRICT OF TEXAS]
BY_____ DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JAN 23 2017
David J. Bradley, Clerk of Court

| | |
|---|---|
| SOUTH AUSTIN PHARMACY, LLC | § § § § § § § § |
| v. | CIVIL ACTION NO. 15:CV-0271-LY |
| PHARMACISTS MUTUAL INSURANCE COMPANY | |

FILED
JAN 30 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ADR MEMORANDUM TO CLERK OF COURT
## REPORT OF APPOINTMENT AND FEES

ADR METHOD:   Mediation  X  (From 9:30 AM to 4:15 PM)   ~~Arbitration~~
~~Mini-trial~~   ~~Summary Jury Trial~~

TYPE OF CASE:

1. Please check one of the following:
   The case referred to ADR settled  ✓  ~~or did not settle~~ ____.

2. My total fee and expenses were: $ 600.⁰⁰ Each Side (Total $1,200) **(If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)**

Please list names, addresses and telephone numbers of all parties and all counsel of record:

Plaintiffs:
Mr. George Edwards
Mr. Murtaza Sutarwalla
Edwards Sutarwalla, PLLC
1300 McGowen Street, Suite 270
Houston, Texas 77004
832-717-2562

Defendants:
Mr. Miles Klaff
Mr. Casey Armstrong
Brown Sims
1177 West Loop South, Tenth Floor
Houston, Texas 77027
713-629-1580

ADR Provider:
Norman Roser
Mediator
Texas Bar No. 17279250
3203 Mercer, Suite 200
Houston, Texas 77027
713-877-8585

Signature: _Norman Roser_
Date: January 17, 2017

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

USDC WD/TX - Austin
501 West Fifth Street, Ste 1100
Austin, TX 78701

78701338812 0006

U.S. POSTAGE ⟫ PITNEY BOWES
ZIP 77002
02 1W
0001374615
$ 000.46⁰
JAN 26 2017