FILED

17 FEB -7 PM 2: 1\

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SOUTH AUSTIN PHARMACY<br>Plaintiff<br><br>v.<br><br>PHARMACISTS MUTUAL<br>INSURANCE COMPANY<br>Defendant | §<br>§<br>§ CIVIL ACTION NO. 1:15-CV-00271-LY<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Motion to Dismiss with Prejudice of South Austin Pharmacy, determined that this case has been settled for a good and valuable consideration and finds that such motion should be, in all things, GRANTED. Accordingly,

IT IS HEREBY ORDERED that all claims and causes of action brought by South Austin Pharmacy, or that could have been brought by South Austin Pharmacy against Pharmacists Mutual Insurance Company be, and the same hereby are, dismissed with prejudice to the refiling of same, with costs to be borne by the respective party incurring same.

DONE AT AUSTIN, TEXAS on the _7th_ day of _February_, 2017.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

EDWARDS SUTARWALLA PLLC

By: _/s/ George Edwards III_____

George Edwards III
State Bar No. 24055438
Murtaza F. Sutarwalla
State Bar No: 24056398
1300 McGowen Street, Suite 270
Houston, Texas 77004
(832) 717-2562 Telephone
(713) 583-8715 Fax
Email: george@eslawpartners.com
Email: murtaza@eslawpartners.com
**ATTORNEYS FOR PLAINTIFF
SOUTH AUSTIN PHARMACY LLC**

BROWN & SIMS

By: _/s/ Miles Klaff_____
Miles Klaff
State Bar No. 24036916
1177 West Loop South, Floor 10
Houston, Texas 77027
713-629-1580
713-629-5027 fax
Email: mklaff@brownsims.com
**ATTORNEYS FOR
PHARMACISTS MUTUAL INSURANCE COMPANY**