IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SOUTH AUSTIN PHARMACY, LLC, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CAUSE NO. A-15-CV-271-LY | |
| § | | |
| PHARMACISTS MUTUAL INSURANCE § | | |
| COMPANY, § | | |
| DEFENDANT. § | | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On February 6, 2017, Plaintiff filed an Unopposed Motion to Dismiss with Prejudice (Doc. #89), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this \_\_\_7th\_\_\_ day of February, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE